IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:1:09-cv-02256-RPM-MJW

ROBERT R. SCHNABEL, and
NORMA R. KRUETZER,

    Plaintiffs,

v.

STONEBRIDGE LIFE INSURANCE CO.,

    Defendant.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the parties' Stipulation for Dismissal with Prejudice [14], it is

ORDERED that the Stipulation for Dismissal with Prejudice is APPROVED. This case is DISMISSED WITH PREJUDICE, with each party to bear their own attorney fees and costs.

DATED this 4th day of May, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge